FILED IN OPEN COURT
DATE: 11/16/10
TIME: 11:21 am
INITIALS: [signature]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

DR. RICHARD P. JOHNSON,

    Plaintiff,

vs.

    Case No. 08-2472-BBD-tmp

ERIC K. SHINSEKI, Secretary of Veterans Affairs,
DEPARTMENT OF VETERANS AFFAIRS,

    Defendant.

### JURY VERDICT FORM

We, the jury, unanimously answer the questions submitted by the Court on this verdict form as follows:

#### Liability for Discrimination

1. On Plaintiff's regarded as disabled claim under the federal Rehabilitation Act of 1973, we find in favor of (circle Plaintiff or Defendant):   Plaintiff   **(Defendant)**

   Note: If you have found in favor of Plaintiff on Question 1, proceed to Question 2. If not, skip to question 3.

#### Damages for Discrimination

2. We find that Plaintiff is entitled to compensatory damages as a result of Defendant's discrimination in demoting Plaintiff in the amount of:

   $_____ (state amount or, if none, write the word "none")

   Note: After answering Question 2, proceed to Question 3.

## Liability for Retaliation

3. On Plaintiff's retaliation claim under the federal Rehabilitation Act of 1973, we find in favor of (circle Plaintiff or Defendant):     Plaintiff     **Defendant** *(circled)*

   Note: If you have found in favor of the Plaintiff on Question 3, proceed to Question 4. If not, you have completed the verdict form. Please sign and turn in the Verdict Form to the bailiff.

## Damages for Retaliation

4. We find that Plaintiff is entitled to compensatory damages for Defendant's retaliation in the amount of:

   $_____ (state amount or, if none, write the word "none")

   Note: You should now proceed to Question 5.

## Constructive Discharge

5. On Plaintiff's constructive discharge claim under the federal Rehabilitation Act of 1973, we find in favor of (circle Plaintiff or Defendant):     Plaintiff     **Defendant** *(circled)*

   Note: If you have found in favor of Plaintiff on Question 5, proceed to Question 6. If not, please sign and turn in the Verdict Form to the bailiff.

## Damages for Constructive Discharge

6. We find that Plaintiff is entitled to compensatory damages for Plaintiff's constructive discharge in the amount of:

   $_____ (state amount or, if none, write the word "none")

   Note: After answering Question 6, please sign and turn in the Verdict Form to the bailiff.

WHEN THE JURY HAS COMPLETED ANSWERING THE QUESTIONS ON THIS VERDICT FORM, THE PRESIDING JUROR SHOULD SIGN AND DATE THIS VERDICT FORM IN THE SPACES INDICATED BELOW AND CONTACT THE COURT OFFICER.

_John E. Goode  Juror #1_
FOREPERSON

Date: 11-16-2010